**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER OF ABATEMENT**

Appellate case name:      In re Staten Island Marine Development, LLC

Appellate case number:    01-21-00001-CV

Trial court case number:   2020-20292

Trial court:               164th District Court of Harris County

      Relator, Staten Island Marine Development, LLC, has filed a petition for writ of mandamus in this Court, challenging the trial court's December 14, 2020 "Order Compelling Discovery." The December 14, 2020 order was signed by the Honorable Michael Landrum. Judge Landrum has ceased to hold the office of judge of the 164th District Court of Harris County, Texas.

      Pursuant to Texas Rule of Appellate Procedure 7.2, the Honorable C. Elliott Thornton is substituted for the Honorable Michael Landrum as the respondent in this original proceeding. *See* TEX. R. APP. P. 7.2(a). Further, this original proceeding for petition of writ of mandamus is abated and remanded to the trial court to allow Judge Thornton to reconsider the ruling made the basis of relator's petition. *See* TEX. R. APP. P. 7.2(b) ("If the case is an original proceeding under Rule 52, the court must abate the proceeding to allow the successor to reconsider the original party's decision.").

      Within thirty days of the date of this order, the parties are directed to notify the Clerk of this Court of any action taken on reconsideration of the rulings made the basis of relator's petition and file any orders regarding reconsideration of those rulings in a supplemental mandamus record. The Court will then consider a motion to reinstate or motion to dismiss this proceeding, as appropriate.

      This original proceeding is **abated**, treated as a closed case, and removed from this Court's active docket.

It is so ORDERED.

Judge's signature: _____/s/ Amparo Guerra_____

          ☑ Acting individually    ☐ Acting for the Court

Date: ____January 4, 2021_